IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN TYRREL,

      Appellant,

 v.                             Case No.  5D22-1791
                                   LT Case No. 2016-CF-000658-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 7, 2023

3.850 Appeal from the Circuit Court
for Seminole County,
Melanie Chase, Judge.

Steven Tyrell, Carrabelle, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

JAY, BOATWRIGHT and MACIVER, JJ., concur.